**STATE of Missouri, Respondent,**

v.

**Ronald MUNSTERMAN, Appellant.**

**No. WD 44214.**

Missouri Court of Appeals,
Western District.

Oct. 29, 1991.

Daniel Viets, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of unlawful use of a weapon, § 571.030.1(4), RSMo 1986.

Affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Dewey R. BULLARD, Appellant.**

**No. 44019.**

Missouri Court of Appeals,
Western District.

Oct. 29, 1991.

James C. Dowling, Fulton, for appellant.

William L. Webster, Atty. Gen., Millie E. Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

ORDER

PER CURIAM.

Defendant was convicted upon jury trial of first degree sexual assault in having sexual intercourse with a 14–year–old girl, § 566.040, RSMo 1986, and upon the jury's recommendation was sentenced to four years' imprisonment.

Judgment affirmed. Rule 30.25(b).